THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| Securities and Exchange Commission,<br><br>Plaintiff,<br><br>vs.<br><br>John S. Clayton, et al.<br><br>Defendants,<br><br>and<br><br>Bryan Development, LLC, et al.,<br><br>Relief Defendants. | **Stipulated Motion to Revise Scheduling Order**<br><br>Case No. 2:24-cv-00918-RJS-DBP<br><br>Judge:  Robert J. Shelby<br><br>Magistrate Judge: Dustin B. Pead |

Pursuant to Fed. R. Civ. P. 16(b)(4) and DUCivR 83-5, the parties, through their respective undersigned counsel, move for entry of a revised scheduling order. A proposed order is attached hereto.  The proposed schedule would extend the conclusion of fact and expert discovery by approximately three months to February 27, 2026 and June 19, 2026, respectively.

The parties submit that good cause exists to modify the schedule.  This is the parties' first request to extend discovery.  There is not yet a trial date that would be impacted by this extension.  Plaintiff has filed two motions to compel discovery that remain pending (Dkt. Nos. 84 and 86).  The modified schedule is intended to allow for the completion of written discovery, completion of the production of documents, and the

scheduling of numerous depositions in this multiparty action.  All parties to the litigation agree to extend the dates as reflected in the proposed order.

For the foregoing reasons, the parties respectfully request that the Court enter a Revised Scheduling Order in the form attached hereto.


Respectfully submitted,                                    August 20, 2025

/s/ Michael C. Moran
Michael C. Moran, Counsel for Plaintiff Securities and Exchange Commission

/s/ Brent R. Baker
Brent R. Baker, Counsel for Defendants John S. Clayton and
First Equity Holdings Corp.
(*signed electronically with permission*)

/s/ J. Michael Coombs
J. Michael Coombs, Counsel for Defendant Standard Registrar and Transfer Co., Inc.
(*signed electronically with permission*)

/s/ Jeffrey Trousdale
Jeffrey Trousdale, Counsel for Defendant Daniel W. Jackson and Relief Defendants
Bryan Development, LLC, Greenwich Street Commercial Mortgage, LLC, and Klaja
Partners, LLC
(*signed electronically with permission*)

/s/ Jamie Z. Thomas
Jamie Z. Thomas, Counsel for Defendant Donald H. Perry
(*signed electronically with permission*)

/s/ Matthew R. Lewis
Matthew R. Lewis, Counsel for Defendant Clark Mower
(*signed electronically with permission*)

/s/ Paul J. Bazil
Paul J. Bazil, Counsel for Defendants Timothy J. Rieu and Chesapeake Group, Inc.
(*signed electronically with permission*)

*/s/ Brennan H. Moss*
Brennan H. Moss, Counsel for Relief Defendants Capital Communications, Inc., Compass Equity Partners, Inc., Liberty Partners, LLC, and Maestro Investments, Inc. (*signed electronically with permission*)